[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Jose Antonio Lebron

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 3 1 2020

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

(M)

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 7:20CV524

(To be supplied by the Clerk of this Court)

W. Anders, M. Sloan, RN Parker,
Officer Christian, officer Holenbrooke,
S.I.S. Lieutenant Bowles, Lieutenant Bellamy,
and other Unknown named officers
of Bureau of Prisons

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    Plaintiff(s):

   A.    Name: ___Jose' Antonio Lebron___

   B.    List all aliases: _____ None ___

   C.    Prisoner identification number: ___#58217-056___

   D.    Place of present confinement: ___AUSP Thomson___

   E.    Address: ___P.O. Box 1002, Thomson, IL. 61285___

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.    Defendant: ___W. Anders___
         Title: ___Correctional Officer___
         Place of Employment: ___United States Penitentiary Lee___

   B.    Defendant: ___M. Sloan___
         Title: ___SHU Correctional Officer___
         Place of Employment: ___United States Penitentiary Lee___

   C.    Defendant: ___Senior Officer Christian (unknown first Name)___
         Title: ___Senior Correctional Officer___
         Place of Employment: ___United States Penitentiary Lee___

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                Revised 9/2007

II. Defendant(s):

   D. Defendant: Officer Holenbrooke   (unknown first Name)
   Title: SHU Correctional Officer
   Place of Employment: United States Penitentiary Lee.

   E. Defendant: R.N. Barker (unknown First Name)
   Title:    Registered Nurse
   Place of Employment: United States Penitentiary Lee

   F. Defendant: Lieutenant Bellamy (unknown first Name)
   Title: SHU Lieutenant
   Place of Employment: United States Penitentiary Lee

   G. Defendant: S.I.S Lieutenant Bowles (unknown First Name)
   Title: S.I.S Lieutenant
   Place of Employment: United States Penitentiary Lee.

   H. Defendant: Numerous other Unknown Named Correctional Officers
   Title:    Unknown
   Place of Employment: United States Penitentiary Lee

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.  Name of case and docket number: _____None_____

B.  Approximate date of filing lawsuit: _____None_____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _None_

D.  List all defendants: _____None_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____None_____

F.  Name of judge to whom case was assigned: _____None_____

G.  Basic claim made: _____None_____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____None_____

I.  Approximate date of disposition: _____None_____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

During the Morning of January 24, 2019 at United States Penitentiary Lee, I was escorted from Unit A (Housing block) to R&D (Recieving and Discharge) for a random bodyscan by Correctional Officer W. Anders and Senior Officer Christian while other staff conducted a unit search. Upon finishing bodyscan, both officers deemed it necessary to conduct a visual search of my person stating scan revealed possible contraband. I was walked to an area about 10 feet away from machine to be strip searched while still in restraints. I was ordered to stand in first alcove on my left and face the wall in which I did. Both officers entered and slid a curtain closed so no female officer if any present would be able to see strip search. Officer Anders, who was behind Senior Officer Christian at all times verbally stated for me to listen to every order Officer Christian gives me. Officer Christian advised me that he would be removing my restraints and for me to put hands on wall and spread my feet apart, in which I did. I was then ordered to turn and face Officer Christian and as I faced him, he struck me in the left side of my

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

face and slammed me to the floor where I was brutally assaulted by both officers. After being placed back into restraints Officer Christian radioed for assistance stating staff assault. When officers arrived I was still on the floor blood dripping out of nose and mouth and left eye swollen. I was roughly yanked from the floor and escorted backwards to an undisclosed area where I was thrown against the wall head first, held while I was punched and kicked by several officers. Restraints were removed and I was thrown to the ground where one officer screamed "Stop resisting", and jumped on my back. I know I was not resisting due to still being dazed from being slammed into the wall head first. I was kicked in the ribs and head while still on the floor, then picked up by my hair and thrown into the wall a second time while still yelling "Stop resisting". I was held up by two officers while another cut and ripped my clothing off and put me into paper garments. I was again placed back into restraints and forcibly thrown into a restraint chair where I was kicked in the chest and punched in the head repeatedly. Leg irons were placed on my ankles and straps around my body were so tight I could not breath. They then rolled me out of the room and down a hall leading to the

5

Revised 9/2007

IV Statement of Claim:

SHU (Special Housing Unit), where I was carried up to an upper tier and rolled towards B-range and into B-201 where 4-point restraint bed is located. There are cameras in the corridor as well as one camera within the cell. Once again I was punched in the face (right side) 4-times before roughly being placed into 4-point restraints. Before a nurse was allowed to assess my injuries Lieutenant Bellamy along with another officer who I could not see at the time entered the cell. In Lieutenant Bellamy's hand was a mini camcorder. The officer withen him placed a a shield over me while Lieutenant Bellamy stated that he was going to start recording when the nurse came in and for me to say that I was alright and that I did not sustain any injuries or I would be recieving worse than what I got every 2 hours. He then turned camera on and the nurse whose name was Parker came into assess my injuries. He assessed my injuries knowing I was not alright and asked if I was ok and I stated "Yes" not wanting to be assaulted again and he left. Before Lieutenant Bellamy exited, officer with him struck me 4times in ribs when I refused to smile for a photo. He took his photo and they both left. I was in 4-point restraints for the duration of 16 hours and assaulted every 2 hours by various officers. Among them were S.I.S. Lieutenant Bowles who struck me in the head numerous times, Officer M. Sloan who struck me in the ribs repeatedly Officer Holenbrooke who struck me in the genitals repeatedly, and other officers whose names are unknown due to not wearing name tags but seen by cameras entering cell through out the day and night. I was humiliated by being made to urinate on myself. I was stretched to the point my arm popped when I was beaten, tortured and

IV statement of Claim:

assaulted in the middle of the night and wrist and ankle restraints were so tight my hands and feet looked almost blue in color from lack of blood circulation. Upon being released the next morning, January 25, 2020, I was threatened about trying to file any type of grievance. I was refused medical attention twice by Rn. Parker when I advised him on both occasions I was in pain from shoulder and chest. I was not seen by medical till after DHO hearing which was on February 6, 2019. X-rays were not done till almost end of month due to x-rays being done once a month for Shu inmates. Since then I've had an MRI done on April 15, 2019 for shoulder, Orthopedic assessment on July 8, 2019 with x-rays of cervical spine for evaluation, prescribed Medrol 4mg and Ultran 50mg, Neurologist on February 27, 2020, another MRI on July 13, 2020 to rule out possible bulge in neck, scheduled for Nuerosurgery consult for right ulnar nerve repositioning across elbow due to what occured January 24, 2019. Till this day I still suffer from limited range of motion in shoulder, Paresthesias down arm with numbness in fingers, weakness in cervical nerves, neck and arm pain, ankle and wrist scars from restraints, cannot excercise from lack of strength to sustain weight, along with mental and emotional stress. Video camera was not used in accordance to policy, deliberate indifference to medical need, Excessive Force used, legal mail as well as general correspondence never mailed out. I have exhausted all legal remedies when I was transfered to AUSP Thomson as follows:

- BP8 filed on March 3, 2020 presenting facts relating to this complaint
- BP-8 response returned March 4, 2020 stating allegations of staff misconduct are reviewed and taken seriously, however, you will not be informed of the outcome.

IV statement of Claim:

BP-9 filed on March 9, 2020 to Warden presenting facts to this complaint.
BP-9 response returned March 12, 2020 saying grievance has been denied.

BP-10 filed on March 17, 2020 to Regional Director appealing the denial.
BP-10 response returned March 25, 2020 saying appeal has been denied
and sent to wrong region attached.
2nd BP-10 filed on April 29, 2020 to Regional Director in Region attached.
2nd BP-10 response returned May 4, 2020 saying appeal has been denied

BP-11 filed on May 15, 2020 to General Counsel appealing denial.
BP-11 response returned July 28, 2020 saying appeal has been
denied but has been forwarded to another department for further
review due to allegations; However your appeal has been
retained with policy.
I've also filed an FOIA to attain all documentation to
what occured January 24-25, but still have not recieved
a response, it was filed February 3, 2020. What happened to
me was in violation of my eighth and fourteenth Amendment
rights. I have to live with the physical, mental and
emotional scars the rest of my life.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff respectfully prays that this court enter judgement granting plaintiff: A declaration that the acts and ommissions described herein violated plaintiffs rights. Compensatory damages in the amount of $50,000 against each defendant jointly and severly, festive for pain and suffering, Punitive damages in the amount of $250,000, Also seeks any additional relief the court deems just, proper and equitable.

**VI.    The plaintiff demands that the case be tried by a jury.**    ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __24__ day of __August__, 20 _20_

___Jose A Lebron #58217-056___
(Signature of plaintiff or plaintiffs)

___Jose Antonio Lebron___
(Print name)

___#58217-056___
(I.D. Number)

___AUSP Thomson___

___P.O Box 1002 Thomson, IL 61285___
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Legal Mail

Jose' A. Lebron
#58217-056
Administrative United States Penitentiary
P.O Box 1002
Thomson, IL 61285



Clerk of Courts
United States District Court
210 Franklin Road, S.W. Suite 540
Roanoke, Va. 24011-2208